FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 FEB 06 PM 03 17
CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

### INDICTMENT FOR RECEIPT OF MATERIALS INVOLVING THE SEXUAL EXPLOITATION OF MINORS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 26-00037 |
| v. | * | SECTION: SECT. P MAG. 4 |
| JIAXIN TIEN | * | VIOLATIONS: 18 U.S.C. § 2252(a)(2) and (b)(1) |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1

Beginning at a time unknown to on or about December 12, 2025, within the Eastern District of Louisiana, and elsewhere, **JIAXIN TIAN**, defendant herein, did knowingly receive, and attempt to receive, visual depictions, that is, digital images, computer images, and digital video files, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

✓ Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc.No.

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **JIAXIN TIAN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to the following:

MSI Laptop Computer, S/N: K2110N0152166;

Samsung Solid State Drive, S/N: S22XNX0H612392;

Seagate Mobile Hard Drive, S/N: WDE15B2C;

Apple iPhone, IMEI: 356825822364105;

Huawei cell phone, IMEI: 865873048015519.

3. If the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

DAVID I. COURCELLE
UNITED STATES ATTORNEY

BRIAN M. KLEBBA
Assistant United States Attorney

New Orleans, Louisiana
February 6, 2026

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## JIAXIN TIEN

## INDICTMENT

**INDICTMENT FOR RECEIPT OF MATERIALS INVOLVING THE SEXUAL EXPLOITATION OF MINORS**

VIOLATIONS: 18 U.S.C. § 2252(a)(2) and (b)(1)

_A true bill._

███████████████

Filed in open court this _____ day of _____ A.D. 2026.

_____
Clerk

Bail, $ _____

_/s/ Brian Klebba_

**BRIAN M. KLEBBA**
Assistant United States Attorney