UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 26-37 |
| JIAXIN TIAN | SECTION: "P" |

## ORDER

Considering the Government's Motion to Correct Typographical Error in Indictment Caption (R. Doc. 5),

**IT IS ORDERED** that the Government's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Indictment be amended to reflect the true name of the defendant, Jiaxin Tian, as reflected in the above case caption.

**IT IS FURTHER ORDERED** that the case caption be updated to *United States v. Jiaxin Tian*.

New Orleans, Louisiana, this 18th day of February 2026.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE