UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 26-37** |
| v. | * | **SECTION: "P"** |
| **JIAXIN TIAN** | * | |

\* \* \*

**O R D E R**

Let a writ of habeas corpus ad prosequendum be issued to the Warden of the Orleans Parish Prison, or one of his authorized deputies, ordering and directing said Warden, or one of his authorized deputies, to surrender the body of **JIAXIN TIAN**, now confined in the Orleans Parish Prison, to agents of the U.S. Department of Homeland Security, Homeland Security Investigations, to be thereafter produced on or before the 20th day of February, 2026, at 10:00 a.m., before the duty Magistrate Judge, to appear for an initial appearance after which **JIAXIN TIAN** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

New Orleans, Louisiana, this __18th__ day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE