UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal)

UNITED STATES OF AMERICA                        No. 26-37
VS.
JIAXIN TIAN

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Warden, Orleans Parish Prison

GREETING: --

    You are hereby ordered and directed to surrender the body of Jiaxin Tian to agents of the U.S. Department of Homeland Security, Homeland Security Investigations, to be thereafter produced by the said agents of the U.S. Department of Homeland Security, Homeland Security Investigations, on or before the 20th day of February, 2026 at 10:00 a.m., at New Orleans, Louisiana, before the Duty Magistrate Judge , for an initial appearance, after which Jiaxin Tian is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 18 day of February, 2026

CAROL L. MICHEL, CLERK



BY: _____
            Deputy Clerk