MINUTE ENTRY
FEBRUARY 20, 2026
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 26-37

JIAXIN TIAN                                 SECTION: P

INITIAL APPEARANCE

APPEARANCES:

 X DEFENDANT

 X PREVIOUSLY APPOINTED OR
  RETAINED COUNSEL  *Joseph R. mcmahon, III*

 __ FPD/CJA COUNSEL PRESENT TO ASSIST DEFENDANT

 X ASSISTANT U.S. ATTORNEY BRIAN KLEBBA

 __ INTERPRETER

 Designated by Court and sworn. Time: _____ .M to _____ M.

__ / DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
 READ   WAIVED   (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN) WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

__ / OTHER _____

MJSTAR: 00: 04

__/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

X/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

   ARRAIGNMENT IS SET FOR _____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL

HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL

WITH COUNSEL _____

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.