MINUTE ENTRY
CURRAULT, M.J.
FEBRUARY 20, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                      CRIMINAL

VERSUS                                                        NO. 26-37

JIAXIN TIAN                                                   SECTION: P

## CRIMINAL ARRAIGNMENT

APPEARANCES:   X  DEFENDANT
               X  COUNSEL FOR DEFENDANT    Joseph R. McMahon, III
               X  ASSISTANT U.S. ATTORNEY   BRIAN KLEBBA
                  INTERPRETER                                  SWORN
                  (TIME:              .M to          .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

__/ BAIL SET AT _____

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: TO BE SET

**BEFORE UNITED STATES DISTRICT JUDGE DARREL JAMES PAPILLION**

X / TRIAL: TO BE SET

**BEFORE UNITED STATES DISTRICT JUDGE DARREL JAMES PAPILLION**

MJSTAR: 00: 02