MINUTE ENTRY
FEBRUARY 20, 2026
CURRAULT, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS                                                      NO. 26-37

JIAXIN TIAN                                                 SECTION: P

**DETENTION HEARING**

PRESENT: X/DEFENDANT

___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/DEFENSE COUNSEL  Joseph R. McMahon, III

X/ASST. U.S. ATTORNEY  BRIAN KLEBBA

___/INTERPRETER _____

(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

___/GOVERNMENT WITNESS(ES) _____

___/DEFENSE WITNESS(ES) _____

MJSTAR: 00:02

| JIAXIN TIAN | 26-37 P |
|---|---|
| DEFENDANT | CASE NO. |

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

___/ DEFENDANT IS ENTITLED TO RELEASE.  BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

___/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

_X_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

___/ DEFENDANT IS NOT ENTITLED TO RELEASE.

_X_/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

_X_/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

_X_/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____

_____