UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 26-37 |
| JIAXIN TIAN | SECTION P(4) |

NOTICE OF TRIAL

Take Notice that this criminal case has been set for **TRIAL** on **April 27, 2026 at 9:00 a.m.,** in open court, before the Honorable Darrel James Papillion, Federal Courthouse Building, 500 Poydras Street, Courtroom C551, New Orleans, LA 70130. A final pretrial conference will be held on **April 15, 2026 at 10:30 a.m.**

PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING.

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

| | |
|---|---|
| Date: February 24, 2026 | Carol L. Michel, Clerk |
| | by: Courtney Ancar, Deputy Clerk |
| To: | |
| Jiaxin Tian (Custody) | AUSA Brian M. Klebba |
| <u>Counsel for Defendant:</u> | |
| Joseph R. McMahon, III | U.S. Marshal |
| | U.S. Probation |
| | U.S. Pretrial Services Unit |
| | |
| | Judge Papillion |
| | Magistrate Judge |
| | |
| If you change address, notify | SA Jessica Zuppardo |
| Clerk of Court by phone, | Homeland Security Investigations |
| (504) 589-7715 | |
| | Foreign Language Interpreter: <u>None</u> |