UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 26-37

JIAXIN TIAN                                 SECTION P(4)

<u>RE-NOTICE OF TRIAL</u>
(Previously set for 4/27/2026)

Take Notice that this criminal case has been reset for **TRIAL** on **August 17, 2026 at 9:00 a.m.,** in open court, before the Honorable Darrel James Papillion, Federal Courthouse Building, 500 Poydras Street, Courtroom C551, New Orleans, LA 70130. A final pretrial conference will be held on **July 29, 2026 at 3:00 p.m.**

PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING.

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

Date: April 2, 2026                         Carol L. Michel, Clerk
                                            by: Courtney Ancar, Deputy Clerk
To:
Jiaxin Tian (Custody)                       AUSA Brian M. Klebba
<u>Counsel for Defendant:</u>
Joseph R. McMahon, III                      U.S. Marshal
                                            U.S. Probation
                                            U.S. Pretrial Services Unit

                                            Judge Papillion
                                            Magistrate Judge

If you change address, notify               SA Jessica Zuppardo
Clerk of Court by phone,                    Homeland Security Investigations
(504) 589-7715

                                            Foreign Language Interpreter:  <u>None</u>