# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

### TRANSFER ORDER

IT IS ORDERED that the following Section "P" cases are hereby reallotted to Judge Anna St. John, Section "N" of this Court, effective as of the date of this Order.

**Civil:**

| | |
|---|---|
| 24-1607 | Gentile v. New Orleans City Park Improvement Association et al |
| 25-1055 | Breaux v. Occidental Chemical Corporation et al |
| 25-1111 | Mumphrey v. St. Tammany Parish School Board et al |
| 25-2195 | Martin v. Guidry et al |
| 25-2233 | Schneider v. Taylor Seidenbach et al |
| 25-2556 | Yiannopoulos v. Arnold |
| 26-199 | P.A. v. St. Tammany Parish School Board et al |
| 26-262 | Green v. Navy Federal Credit Union |
| 26-714 | Trahan et al v. LOOP, LLC |

**Criminal:**

| | |
|---|---|
| 26-cr-37 | USA v. Tian |

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "N" directing otherwise.

New Orleans, Louisiana this 15th day of April, 2026.

_____

**WENDY B. VITTER, Chief Judge**
**United States District Court**