UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 26-37

JIAXIN TIAN                                 SECTION: N

### **ORDER**

Considering the Government's foregoing motion pursuant to 3E1.1(b) of the Sentencing Guidelines;

**IT IS HEREBY ORDERED** that the defendant be given a three-level decrease in his sentencing guidelines for acceptance of responsibility.

New Orleans, Louisiana, this 3rd day of August, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE