UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 26-37 |
| JIAXIN TIAN | SECTION: N |

**ORDER**

In light of the defendant Jiaxin Tian's objections raised to the Presentence Investigation Report,

**IT IS ORDERED** that the sentencing currently set for November 19, 2026, is CONTINUED to **December 10, 2026, at 2:00 p.m.**

**IT IS FURTHER ORDERED** the Government shall file a response to the defendant's Objections on or before **December 2, 2026.**

**NEW ORLEANS, LOUISIANA**, this 18th day of November, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE