**INTERPRETER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA

VERSUS

JIAXIN TIAN

CRIMINAL NO. 26-37

SECTION "N"

VIOLATION:
18 U.S.C. § 2252(a)(2) and (b)(1)

NOTICE OF SENTENCING
(continued from 11/19/2026)

Take notice that this criminal proceeding is set for **December 10, 2026 at 2:00 p.m.**, before Judge Anna St. John, Courtroom C501, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: November 18, 2026

CAROL L. MICHEL, CLERK
by Morgan Palmer, Deputy Clerk

* * * * * * * * * * * * *

TO:

✓ JIAXIN TIAN

✓ Joseph R. McMahon, III, Counsel

✓ AUSA: Brian M. Klebba

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

**If you change address,**
**notify clerk of court**
**by phone, (504) 589-7680**

FOREIGN LANGUAGE INTERPRETER:
**CHINESE – Mandarin**